

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00409-CV
_____

IN THE INTEREST OF A.J.R., A CHILD

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 37,116, Honorable Phil N. Vanderpool, Presiding

April 16, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Through his attorney, Jaime Resendiz has filed a motion to voluntarily dismiss the appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at the party's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam